**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 03-7056**

─────────

LEROY PORTER,

                                  Petitioner - Appellant,

      versus

UNITED STATES OF AMERICA; JOSEPH SMITH,

                                  Respondents - Appellees.

─────────

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Matthew J. Perry, Jr., Senior District Judge. (CA-02-4191-6-10)

─────────

Submitted:  September 30, 2003      Decided:  October 8, 2003

─────────

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Leroy Porter, Appellant Pro Se.  Mark C. Moore, Assistant United States Attorney, Barbara Murcier Bowens, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leroy Porter, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Porter v. United States</u>, No. CA-02-4191-6-10 (D.S.C. May 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2